UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 18-80160-CR-DIMITROULEAS

UNITED STATES OF AMERICA

V.

RAUL GORRIN BELISARIO

SEALED
CLERK'S NOTICE
PLACING DEFENDANT IN
FUGITIVE STATUS

On August 16, 2018 an Indictment was returned for the above named defendant(s). This/These defendant(s) not having been arrested and 30 days having passed, this/these defendant(s) is/are hereby transferred to fugitive status.

Dated this 21st day of September, 2018 at Fort Lauderdale, Florida.

AT THE DIRECTION OF THE
HONORABLE WILLIAM P. DIMITROULEAS

STEVEN M. LARIMORE,
CLERK OF COURT

BY: _____
KAREN A. CARLTON-DEANGELUS
DEPUTY CLERK