UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-cr-80160-DIMITROULEAS

Sealed

FILED by _____ D.C.
OCT 2 2 2018
STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

IN RE SEALED INDICTMENT
_____/

## MOTION TO SEAL

NOW COMES the United States of America, by and through its undersigned Assistant United States Attorney, and respectfully requests that the Notice of Related Case any resulting orders be SEALED until the arrest of the defendant or until further order of this court, excepting the United States Attorney's Office and any relevant law enforcement agency, which may obtain copies of the Notice, for the reasons that the named defendant and/or his unnamed coconspirators may flee or remain in non-extraditable countries and the integrity of the ongoing investigation may be compromised should knowledge of this Notice became public.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By: _____
MICHAEL NADLER
Assistant United States Attorney
Fla Bar No.: 51264
United States Attorney's Office
99 NE 4th Street, 4th Floor
Miami, FL 33132
Tel.: 305.961.9244
Email: michael.nadler@usdoj.gov