UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-cr-80160-DIMITROULEAS

UNITED STATES OF AMERICA

v.

RAUL GORRIN,

Defendant.
_____/

**FILED UNDER SEAL**

Sealed

FILED by ___ D.C.
OCT 2 2 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT,
S. D. of FLA. – MIAMI

## NOTICE OF RELATED ACTION

The United States of America respectfully files this Notice of Related Action, pursuant to Rule 3.8, Local Rules of the United States District Court for the Southern District of Florida, and as described in Section 2.15.00 of the Court's Internal Operating Procedures, to apprise the Court of two similar actions filed on December 22, 2017 and March 20, 2017 that are related to this matter, *United States v. Sealed Defendant*, Case No. 17-20883-CR-ROSENBERG and *United States. v. Sealed Defendant*, Case No. 18-80054-CR-ROSENBERG (collectively *Related Cases*). The factual allegations of this case have substantial overlap with the factual allegations set forth in, the *Related Cases*, as Defendant Raul Gorrin has been referenced as an unnamed and unindicted coconspirator. Further, the conspiracy charged in the *Related Cases* is directly related and part of the conspiracy charged in this case.

The United States apprises the Court as to the filing of a similar action pursuant to the requirements of Local Rule 3.8, and for judicial economy notifies the Court to determine whether the *Gorrin* case should be heard by the same presiding judge already familiar with the conspiracy previously charged in the *Related Cases*.

Dated: December 14, 2017

                    Respectfully submitted,

                    ARIANA FARJARDO ORSHAN
                    UNITED STATES ATTORNEY,

By:   /s/**Michael B. Nadler**
       Michael B. Nadler
       Assistant United States Attorney
       Florida Bar No. 0051264
       99 Northeast 4th Street
       Miami, Florida 33132-2111
       Tel: (305) 961-9244
       Fax: (305) 530-7976