NS:md

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 18-80160-CR-WPD

UNITED STATES OF AMERICA,

vs.

RAUL GORRIN BELISARIO,

        Defendant.
_____/



Sealed

FILED by _____ D.C.

NOV 0 7 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

## NOTICE OF LIS PENDENS RE: FORFEITURE

**GRANTEE(S): Zunilda G. Conforte Trust**

TO:    ALL PERSONS WHO MAY CLAIM BY, THROUGH, OR UNDER EITHER A DEFENDANT AND/OR GRANTEE any interest in the real property described herein.

NOTICE IS HEREBY GIVEN, pursuant to the provisions of Fla. Stat. § 48.23, as made applicable hereto by 28 U.S.C. § 1964, that on August 16, 2018, the United States filed a criminal Indictment in the United States District Court for the Southern District of Florida in the foregoing action. Pursuant to 21 U.S.C. § 853(p), the United States of America seeks to forfeit the real property located at 21205 Yacht Club Drive, Unit 2602, Aventura, Florida 33180, including all buildings, fixtures, appurtenances, improvements, attachments and easements found therein or thereon, and which is more fully described as:

> Condominium Unit No. 2602, of NORTH TOWER AT THE POINT, a Condominium, according to the Declaration of Condominium thereof, recorded August 7, 1997, in Official Records Book 17745, Page 1459, of the Public Records of Miami-Dade County, Florida, together with an undivided interest in all common elements appurtenant thererto.

Parcel Identification Number: 28-1235-074-0530.

FURTHER NOTICE IS HEREBY GIVEN that the provisions of 21 U.S.C. § 853(k) prohibit any claimant to the described property from (1) intervening in the trial or appeal of the criminal case, or (2) commencing an action at law or equity against the United States concerning the validity of any alleged interest subsequent to the Indictment, except following the entry of any order of forfeiture as provided by 21 U.S.C. § 853(n).

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

This instrument was
prepared by:

By: s/ *Nalina Sombuntham*
Nalina Sombuntham (Fla. Bar No. 96139)
Assistant United States Attorney
E-mail: nalina.sombuntham@usdoj.gov
99 N.E. 4th Street - 7th Floor
Miami, Florida 33132
Telephone: (305) 961-9224
Facsimile: (305) 536-4089