UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-cr-80160-DIMITROULEAS

UNITED STATES OF AMERICA

v.

RAUL GORRIN BELISARIO,

Defendant.
_____/

## MOTION TO UNSEAL

The United States of America, by and through its undersigned attorneys, respectfully requests that this Court unseal the Indictment, arrest warrant, and all other pleadings in this case. Federal law enforcement officials believe that unsealing the Indictment and publicizing the charges against **RAUL GORRIN** will assist law enforcement in apprehending the Defendant.

Respectfully submitted,

ARIANA FARJARDO ORSHAN
UNITED STATES ATTORNEY

/s/Michael B. Nadler
Michael B. Nadler
Assistant United States Attorney
Florida Bar No. 0051264
99 Northeast 4th Street
Miami, Florida 33132-2111
Tel: (305) 961-9244
Fax: (305) 530-7976

SANDRA L. MOSER
ACTING CHIEF, FRAUD SECTION
CRIMINAL DIVISION

/s/Vanessa Sisti Snyder
Vanessa Sisti Snyder
Trial Attorney, U.S. Department of Justice
Florida Bar No. 12147
1400 New York Avenue NW
Washington, DC 20009
Tel: (305) 616-2362
Fax: (202) 616-3511