UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-cr-80160-DIMITROULEAS

UNITED STATES OF AMERICA

v.

RAUL GORRIN BELISARIO,

Defendant.
_____/

## ORDER UNSEALING

THIS MATTER is before the Court upon the United States' Motion to Unseal. The Court has carefully reviewed said motion, the entire court file, and is otherwise fully advised.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows: The Clerk of Court shall unseal the indictment, arrest warrant, and all other pleadings in this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 19 day of November, 2018.

WILLIAM P. DIMITROULEAS
United States District Judge

CC: Michael B. Nadler, AUSA
Vanessa Sisti Snyder, DOJ Trial Attorney

