NS:md

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-80160-CR-WPD

UNITED STATES OF AMERICA,

v.

RAUL GORRIN BELISARIO,

    Defendant.
_____/

## RELEASE OF LIS PENDENS

**GRANTEE(S):** Eric Francois Somnolet

TO:   ALL PERSONS WHO MAY CLAIM BY, THROUGH, OR UNDER ANY OF THE DEFENDANT(S) AND/OR GRANTEE(S) any interest in the real property described herein.

NOTICE IS HEREBY GIVEN, that a Notice of Lis Pendens regarding real property located at 330 E. 57th Street, Apt. 9, New York, New York 10022, filed in proceedings before this Court, ECF No. 10, and recorded in N.Y. County, on November 20, 2018, giving notice of the pendency of a criminal action in the U.S. District Court for the Southern District of Florida entitled *United States of America v. Raul Gorrin Belisario,* Case No. 18-20160-CR-WPD, is hereby **released and discharged**.

The real property, including all buildings, improvements, fixtures, attachments and

easements found therein or thereon, is more particularly described as:

LOT 16, BLOCK 10, FIRST ADDITION TO BOULEVARD HEIGHTS SECTION SIXTEEN, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 66, AT PAGE 16, OF THE PUBLIC RECORDS OF BROWARD COUNTY, FLORIDA.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By: *s/ Nalina Sombuntham*
Nalina Sombuntham
Assistant United States Attorney
Fla. Bar No. 96139
99 N.E. 4th Street, 7th Floor
Miami, Florida 33132-2111
Telephone: (305) 961-9224
Facsimile: (305) 530-6166
nalina.sombuntham2@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 11, 2019, I electronically filed the foregoing *Release of Lis Pendens* with the Clerk of the Court using CM/ECF.

*s/Nalina Sombuntham*
Nalina Sombuntham
Assistant United States Attorney