NS:md

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-80160-CR-WPD

UNITED STATES OF AMERICA,

v.

RAUL GORRIN BELISARIO,

       Defendant.
_____/

## RELEASE OF LIS PENDENS

**GRANTEE(S):** Eric Francois Somnolet

TO: ALL PERSONS WHO MAY CLAIM BY, THROUGH, OR UNDER ANY OF THE DEFENDANT(S) AND/OR GRANTEE(S) any interest in the real property described herein.

NOTICE IS HEREBY GIVEN, that a Notice of Lis Pendens regarding real property located at 330 E. 57th Street, Apt. 9, New York, New York 10022, filed in proceedings before this Court, ECF No. 10, and recorded in N.Y. County, November 20, 2018, giving notice of the pendency of a criminal action in the U.S. District Court for the Southern District of Florida entitled *United States of America v. Raul Gorrin Belisario,* Case No. 18-20160-CR-WPD, is hereby **released and discharged**.

The real property, including all buildings, improvements, fixtures, attachments and easements found therein or thereon, is more particularly described as:

The Condominium Unit (hereinafter referred to as the "Unit") known as Unit 9 at The 330 East 57th Street Condominium (hereinafter referred to as the "Condominium"), located at 330 East 57th Street, Borough of Manhattan, County, City and State of New York, designated and described as Unit 9 in the Declaration establishing a plan for condominium ownership of said Building and the land upon which it is situate (hereinafter referred to the "Land") under Article 9-B of the Real Property Law of the State of New York, dated

October 31, 2006 and recorded on September 14, 2007, in the Office of the Register of the City of New York, County of New York, as CRFN 2007000474143, as amended (hereinafter collectively referred to as the "Declaration"). Said Unit is also designated as Tax Lot No. 1108 in Block 1349 Section 5, of the Borough of Manhattan on the Tax Map of the Real Property Assessment Department of the City of New York and on the Floor Plans of the Building certified by Dinardo Fort-Erescia, Architects, on November 20, 2006 and filed on December 1, 2006 with the Real Property Assessment Department of the City of New York as Condominium Plan No. 1632 and also filed with the City Register's Office on September 14, 2007 as Condominium Map No 2007000474144.

ALL THAT CERTAIN plot, piece or parcel of land erected, situate, lying and being in the Borough of Manhattan, City, County and State of New York, bounded and described as follows:

BEGINNING at a point on the Southwesterly side of East 57th Street (as now open and in use, 100 feet wide) distant 325 feet and 0 inches Northwesterly from a corner formed by the intersection of said Southwesterly side of East 57th Street and the Northwesterly side of First Avenue (as now open and in use, 100 feet wide);

RUNNING THENCE Southwesterly and parallel with the Northwesterly side of First Avenue, 64 feet and 2 inches;

THENCE Northwesterly and parallel with the Southwesterly side of East 57th Street 11 feet 0 inches;

THENCE Southwesterly and parallel with the Northwesterly side of First Avenue 49 feet 3 inches;

THENCE Northwesterly and parallel with the Southwesterly side of East 57th Street 21 feet 0 inches;

THENCE Northeasterly and parallel with the Northwesterly side of First Avenue, 51 feet 8 1/4 inches;

THENCE Northerly along a line forming an interior angle of 245 degrees 28 minutes 10 seconds with the last mentioned line 5 feet and 9 1/4 inches;

THENCE Northeasterly and parallel with the Northwesterly side of First Avenue 59 feet 4 inches to the Southwesterly side of East 57th Street;

THENCE Southeasterly along the Southwesterly side of East 57th Street 37 feet 3 inches to the point or place of BEGINNING.

Together with an undivided 6.9378% interest in the General Common Elements (as such terms are defined in the Declaration);

Together with the appurtenances and all the estate and rights of the Grantor in and to the Unit;

Together with, and subject to, the rights, obligations, easements, restrictions and other provisions set forth in the Declaration and the By-Laws of The 330 East 57th Street Condominium, as the same may be amended from time to time (hereinafter referred to as the "By-Laws"), all of which shall constitute covenants running with the property and shall bind any person having at any time any interest or estate in the Unit, as though recited and stipulated at length herein.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By:   *s/ Nalina Sombuntham*
Nalina Sombuntham
Assistant United States Attorney
Fla. Bar No. 96139
99 N.E. 4th Street, 7th Floor
Miami, Florida 33132-2111
Telephone: (305) 961-9224
Facsimile:  (305) 530-6166
nalina.sombuntham2@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 8, 2019, I electronically filed the foregoing *Release of Lis Pendens* with the Clerk of the Court using CM/ECF.

*s/Nalina Sombuntham*
Nalina Sombuntham
Assistant United States Attorney

3