NS:md

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-80160-CR-WPD

UNITED STATES OF AMERICA,

v.

RAUL GORRIN BELISARIO,

        Defendant.
_____/

## NOTICE OF STRIKING DOCKET ENTRY NO. 35

      Plaintiff United States files this Notice of Striking Docket Entry No. 35 and states:

      On February 11, 2019, the United States filed a Release of Lis Pendens (DE 35). United States files this notice of striking and has filed a new Release of Lis Pendens (DE 37) for this case.

      Respectfully submitted,

      ARIANA FAJARDO ORSHAN
      UNITED STATES ATTORNEY

By:    s/ Nalina Sombuntham
       Nalina Sombuntham
       Assistant United States Attorney
       Fla. Bar No. 96139
       99 N.E. 4th Street, 7th Floor
       Miami, Florida 33132-2111
       Telephone: (305) 961-9224
       Facsimile: (305) 530-6166
       nalina.sombuntham2@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on March 8, 2019, I electronically filed the foregoing Notice of Striking Docket Entry No. 62 with the Clerk of the Court using CM/ECF.

      s/ Nalina Sombuntham
      Nalina Sombuntham
      Assistant United States Attorney