```
CFN 2019R0546585
OR BK 31588 Pg 4604 (1Pgs)
RECORDED 08/30/2019 10:45:10
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA
```

NS:md

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-80160-CR-WPD

UNITED STATES OF AMERICA,

vs.

RAUL GORRIN BELISARIO,

Defendant.
_____/

## RELEASE OF LIS PENDENS

GRANTEE: Placetas Tenerie LLC

TO: ALL PERSONS WHO MAY CLAIM BY, THROUGH, OR UNDER EITHER THE DEFENDANT AND/OR GRANTEE any interest in the real property described herein.

NOTICE IS HEREBY GIVEN that a Notice of Lis Pendens recorded in Miami-Dade County Recorder's Office on November 30, 2018, in Official Record Book 31237, Pages 2104-2105 of the Public Records of Miami-Dade, Florida, giving notice of the pendency of forfeiture proceedings in the above-referenced case is hereby **released and discharged**. The property affected by this release is located at **1241 Placetas Avenue, Coral Gables, Florida 33146**, more particularly described as:

Lot 9, in Block 3, of RIVIERA WATERWAYS, according to the Plat thereof, as recorded in Plat Book 46, at Page 47, of the Public Records of Miami-Dade County, Florida.

Parcel Identification Number: 03-4130-006-0210.

Information concerning this action may be obtained from the records of the Clerk of Court for the United States District Court at Miami, Florida.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By: s/ Nalina Sombuntham
Nalina Sombuntham
Assistant United States Attorney
Fla. Bar No. 96139
99 N.E. 4th Street, 7th Floor
Miami, Florida 33132-2111
Telephone: (305) 961-9224
Facsimile: (305) 536-7599
Nalina.sombuntham@usdoj.gov