UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-80160-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RAUL GORRIN BELISARIO,

    Defendant.
_____/

## ORDER GRANTING MOTION TO WITHDRAW

THIS MATTER came before the Court upon the Motion to Withdraw as Counsel for the United States (the "Motion") [DE 46].  The Court has carefully reviewed the Motion, the docket, and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that the Motion [DE 46] is **GRANTED.** Assistant United States Attorney Nicole Grosnoff hereby relieved from further responsibilities with respect to representation of Plaintiffs.  All further pleadings, orders, and other papers in this action shall be served upon remaining counsel of record.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 5th day of February, 2021.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record