UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 18-80160-CR-DIMITROULEAS

UNITED STATES OF AMERICA

V.

RAUL GORRIN BELISARIO
CALUDIA PATRICIA DIAZ GUILLEN
ADRIAN JOSE VELAQUEZ FIGUEROA

CLERK'S NOTICE
PLACING DEFENDANTS IN
FUGITIVE STATUS

On December 15, 2020 an Indictment was returned for the above named defendant(s). This/These defendant(s) not having been arrested and 30 days having passed, this/these defendant(s) is/are hereby transferred to fugitive status.

Dated this 13th day of April 2021 at Fort Lauderdale, Florida.

AT THE DIRECTION OF THE
HONORABLE WILLIAM P. DIMITROULEAS

ANGELA E. NOBLE,
CLERK OF COURT

BY: _____
CRYSTAL BARNES-BUTLER
DEPUTY CLERK