*United States v. Guillen*, 18-cr-80160

<b><u>WAIVER OF CONFLICT</u></b>

I, **GABRIEL JIMENEZ ARAY**, hereby state as follows:

1. I was a defendant in *United States v. Jimenez Aray*, 18-cr-80054. I was represented in that matter by Marissel Descalzo. I entered a plea of guilty in that matter. My case resolved in November of 2018. Ms. Descalzo later assisted me in a pro bono effort to file a motion for compassionate release. It was granted. I am currently on supervised release and have an order of removal, which I am seeking to set aside.

2. I understand that Ms. Descalzo now represents Claudia Diaz Guillen in the above captioned matter. I was fully advised of the potential conflict if I am called by the United States to be a witness in this present matter. I have discussed the possible scenarios with my conflict free counsel.

3. Notwithstanding these possibilities, I have determined that it is in my best interest to waive the possible future conflict, and I knowingly and voluntarily waive any conflict that may arise.

Signed this 27th day of May, 2022.

_____
**GABRIEL JIMENEZ ARAY**