CFN: 20250543620 BOOK 34851 PAGE 2563
DATE:07/16/2025  04:23:02 PM
JUAN FERNANDEZ-BARQUIN
CLERK OF THE COURT & COMPTROLLER
MIAMI-DADE COUNTY, FL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CR-80160-DIMITROULEAS

UNITED STATES OF AMERICA

vs.

RAUL GORRIN BELISARIO,

        Defendant.
_____/

## RELEASE OF LIS PENDENS

GRANTEE: Posh 8 Dynamic Inc.

TO:    ALL PERSONS WHO MAY CLAIM BY, THROUGH, OR UNDER EITHER THE DEFENDANT AND/OR GRANTEE any interest in the real property described herein.

    NOTICE IS HEREBY GIVEN that a Notice of *Lis Pendens* recorded in Miami-Dade County Recorder's Office on November 30, 2018, in Official Record Book 31237, Page 2100 of the Public Records of Miami-Dade, Florida, giving notice of the pendency of forfeiture proceedings in the above-referenced case is hereby **released and discharged**. The property affected by this release is located at **18555 Collins Avenue, Unit 4401, Sunny Isles Beach, Florida 33160**, more particularly described as:

> Unit 4401 of 18555 Collins Avenue Condominium, a Condominium according to the Declaration of Condominium thereof, recorded in Official Records book 28399, Page 2439, of the Public Records of Miami-Dade County, Florida, and all amendments thereto, together with its undivided share in the common elements.

> Folio No. 31-2202-050-0360

    Information concerning this action may be obtained from the records of the Clerk of Court for the United States District Court at Miami, Florida.

Respectfully submitted,

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

By: _____
Joshua Paster
Court ID No. A5502616
Assistant United States Attorney
99 N.E. 4th Street, 7th Floor
Miami FL, 33132-2111
Telephone: (305) 961-9342
E-mail: Joshua.Paster@usdoj.gov